HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| **SARAH COLLINS**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**PEACEHEALTH**, a foreign nonprofit corporation with its primary location in Vancouver, Washington,<br><br>Defendant. | Case No.: 3:23-cv-06124 BHS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sarah Collins and Defendant PeaceHealth, by and through their undersigned counsel, hereby stipulate the parties have resolved all claims and hereby dismiss the above-captioned matter with prejudice.

DATED this 25th day of September, 2025.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /



**OLDHAM LAW OFFICE, LLC**
12275 SW 2ND Street
Beaverton, Oregon 97005
Tel: (503)596-2696

**IT IS SO STIPULATED:**

| STOEL RIVES LLP | OLDHAM LAW OFFICE, LLC |
|---|---|
| /s/ Adam Belzberg<br>Adam Belzberg, WSBA No. 41022<br>John Dudrey<br>Stoel Rives LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Adam.belzberg@stoel.com<br>John.dudrey@stoel.com<br><br>Melissa Healy<br>Stoel Rives LLP<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Melissa.healy@stoel.com<br><br>Of Attorneys for Defendant | /s/ Katelyn S. Oldham<br><br>Katelyn S. Oldham, WSBA No. 35266<br>Phone: (503) 596-2696<br>Oldham Law Office<br>12275 SW 2nd Street<br>Beaverton, Oregon 97005<br>katelyn@oldhamlawoffice.com<br><br>Of Attorneys for Plaintiff |



**OLDHAM LAW OFFICE, LLC**
12275 SW 2ND Street
Beaverton, Oregon 97005
Tel: (503)596-2696

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE, upon:

Adam Belzberg
John Dudrey
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Adam.belzberg@stoel.com
John.dudrey@stoel.com

Melissa Healy
Stoel Rives LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Melissa.healy@stoel.com

Of Attorneys for Defendant

by the following indicated method or methods on the date set forth below:

x **E-mail.**

DATED this 25th day of September, 2025.

OLDHAM LAW OFFICE, LLC

/s/ Katelyn S. Oldham

Katelyn S. Oldham, WSBA No. 35266
Phone: (503) 596-2696
Oldham Law Office
12275 SW 2nd Street
Beaverton, Oregon 97005
katelyn@oldhamlawoffice.com

Of Attorneys for Plaintiff